FILED
U.S. DISTRICT COURT
DISTRICT OF VERMONT
JUNE 22,2021

5:21-mc-95

**UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT**

IN RE:  ORDER RESCINDING COVID-19 RESTRICTIONS IN PUBLIC AREAS OF FEDERAL BUILDINGS AND COURTHOUSES

### GENERAL ORDER NO. 99

On June 14, 2021, Governor Phil Scott issued an Executive Order rescinding all of the State of Vermont's COVID-19 restrictions and ending Vermont's COVID-19 State of Emergency effective at midnight June 15.  Consistent with the court's approach throughout the pandemic of following the State of Vermont guidance, the court and the district's Facility Security Committees have voted to adopt a district-wide policy that is consistent with the Governor's recent order.  Accordingly, **IT IS HEREBY ORDERED** that within Vermont's federal courthouses:

1. Masking and social distancing are no longer required in common or public areas of the buildings;

2. With the exception of criminal hearings involving incarcerated criminal defendants, masking and social distancing are no longer required in courtrooms;

3. For criminal hearings involving incarcerated defendants, masks will still be required.  For criminal trials, the presiding judge will make a ruling about the mask requirement for the defendant and others attending the trial.  The judge will make this decision before the trial as part of a broader discussion about trial preparations and safety precautions with counsel for all parties and other participants.  For the present, video appearance by criminal defendants remains an option;

4. This order applies only to the common or public areas of the buildings, including courtrooms; and

5. Each individual agency will determine the requirements for their own internal agency workspace.

This order shall be effective immediately and will remain in effect until amended or vacated.

Dated at Burlington, in the District of Vermont, this 22nd day of June, 2021.

_____
Hon. Geoffrey W. Crawford
Chief Judge